IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARREN BINES,

    Petitioner,

v.                                                 4:13cv492-WS/CAS

MICHAEL CREWS, Secretary of
Florida Department of Corrections,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed May 27, 2014.  See Doc. 12.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as untimely.  The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 12) is hereby ADOPTED and incorporated by reference into this order.

2. The respondent's motion to dismiss (doc. 9) is GRANTED.

3. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as untimely.

4. The clerk shall enter judgment stating: "All claims against the respondent are dismissed."

5. Leave to appeal in forma pauperis is DENIED.

6. A certificate of appealability shall not issue.

DONE AND ORDERED this   2nd   day of   September  , 2014.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE